Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALY MORALES, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ART ANGELS LOS ANGELES INC., a California corporation; and DOES 1 to 10, inclusive, <br><br> Defendants. | CASE NO.: 2:21-cv-06847-MWF-JDE <br><br> Honorable Judge Michael W. Fitzgerald <br> Courtroom 5A <br><br><br> **NOTICE OF SETTLEMENT** <br><br> Complaint Filed: August 25, 2021 <br> Trial Date: None |

*Left margin:* WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1    Plaintiff, Nataly Morales ("Plaintiff") hereby notifies the Court that the

2  Plaintiff has agreed to settle this action, and a settlement agreement has been

3  executed.  A notice of dismissal with prejudice of Plaintiff's individual claims (and

4  without prejudice of the claims of the purported class) in accordance with Federal

5  Rule of Civil Procedure 41(a)(1)(A)(ii) and pursuant to the terms of the settlement

6  agreement is expected to be filed within the next 30 days.

7

8  Dated: January 14, 2022                Respectfully Submitted,

9

10                                              /s/ Thiago M. Coelho
                                              Thiago M. Coelho
11                                            **WILSHIRE LAW FIRM**
                                              *Attorneys for Plaintiff and*
12                                            *Proposed Class*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1

NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 14, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: January 14, 2022                     /s/ Thiago M. Coelho
                                            Thiago M. Coelho

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

NOTICE OF SETTLEMENT