JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALY MORALES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ART ANGELS LOS ANGELES INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.:  2:21-cv-06847-MWF (JDEx)<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br>Complaint filed:    August 25, 2021 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

   Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the proposed class.  No party to this litigation is a prevailing party, and each party must bear its own costs, experts' fees, attorneys' fees, and attorneys' expense.  The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

   **IT IS SO ORDERED.**

Dated:  January 20, 2022              _____
                                      MICHAEL W. FITZGERALD
                                      United States District Judge